No. 84–271. ILLINOIS ET AL. *v.* ASSOCIATED MILK PRODUCERS, INC., ET AL. C. A. 8th Cir. Certiorari denied. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 84–294. ENVIROTECH CORP. ET AL. *v.* AMSTAR CORP. C. A. Fed. Cir. Motion of Simmons Fastener Corp. for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 84–5213. PALMER *v.* DEROBERTIS, WARDEN. C. A. 7th Cir. Certiorari denied. JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 84–5566 (A–241). KNIGHTON *v.* LOUISIANA. C. A. 5th Cir. Application for stay, presented to JUSTICE WHITE, and by him referred to the Court, denied. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant the application for stay and the petition for writ of certiorari and would vacate the death sentence in this case.